IN THE SUPREME COURT OF THE STATE OF DELAWARE

THE WILLIAMS COMPANIES, INC., §
ALAN S. ARMSTRONG, STEPHEN §
W. BERGSTROM, NANCY K. BUESE, §
STEPHEN I. CHAZEN, CHARLES I. §
COGUT, MICHAEL A. CREEL, VICKI §
L. FULLER, PETER A. RAGAUSS, §
SCOTT D. SHEFIELD, MURRAY D. §　　No. 139, 2021
SMITH, WILLIAM H. SPENCE, AND §
COMPUTERSHARE TRUST §
COMPANY, N.A., §　　Court Below: Court of Chancery
　　　　　　　　　　　　　　　　 §　　of the State of Delaware
　　　Defendants Below, Appellants, §
　　　　　　　　　　　　　　　　 §
　　　v. §　　C.A. No. 2020-0707
　　　　　　　　　　　　　　　　 §
STEPHEN WOLOSKY AND CITY OF §
ST. CLAIR SHORES POLICE & FIRE §
RETIREMENT SYSTEM, §
　　　　　　　　　　　　　　　　 §
　　　Plaintiffs Below, Appellees. §

Submitted: 　October 20, 2021
Decided: 　November 3, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc*.

# **O R D E R**

Now this 3rd day of November, 2021 having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated February 26, 2021, its Implementing Order dated March 4, 2021, and its Final Order and Judgment dated April 23, 2021;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Court of Chancery be and the same hereby are, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice